
RECEIVED
IN LAKE CHARLES, LA

SEP 19 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVID EVETT** | **CIVIL ACTION NO. 06-1247** |
| -vs- | **JUDGE TRIMBLE** |
| **PPG INDUSTRIES, INC. AND JOHN HENDERSON** | |

## JUDGMENT

For the reasons stated in the court's Memorandum Ruling entered on this day, the motion to dismiss filed by defendants PPG Industries, Inc. and John Henderson [Doc. #1] is GRANTED. Plaintiff David Evett's complaint is DISMISSED WITH PREJUDICE at Plaintiff's cost.

Lake Charles, Louisiana

19th September 2006

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE